**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Hamilton Nolberto Contreras LOPEZ, Defendant-Appellant.**

No. 17-13388
Non-Argument Calendar

United States Court of Appeals, Eleventh Circuit.

(February 21, 2018)

Yvette Rhodes, U.S. Attorney Service—Middle District of Florida, U.S. Attorney's Office, Tampa, FL, for Plaintiff-Appellee

Hamilton Nolberto Contreras Lopez, Pro Se

Before WILSON, JORDAN and BLACK, Circuit Judges.

PER CURIAM:

Darlene Calzon Barror, appointed counsel for Hamilton Nolberto Contreras Lopez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Contreras Lopez's conviction and sentence are **AFFIRMED**.